UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**REGINA D. RICHARDSON,**

    **Plaintiff,**

v.                          Case No:  2:12-cv-363-FtM-29SPC

**ABM JANITORIAL SERVICES,**

    **Defendant.**
_____/

## ORDER

This matter comes before the Court on Plaintiff, Regina D. Richardson's ("Richardson"), Unopposed Motion to Enlarge Time to Respond to Motion to Dismiss (Doc. #15) filed on September 25, 2012. Pursuant to Fed. R. Civ. P. 6(b) the Court may enlarge the time to file a responsive pleading for cause shown. The Rule reads in pertinent part:

> [w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at anytime in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order, or (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect.

Fed. R. Civ. P. 6(b).

Richardson's counsel recently underwent an unexpected change in personnel at his office. Due to this unforeseen change, the calendar of Richardson's attorney has become congested and made it difficult for him to file a timely response. In accordance with Local Rule 3.01(g), Richardson's attorney conferred with Defendant about an extension of time. Attorneys for both Defendant and Richardson agreed to a fifteen day extension of time, up to and including

October 9, 2012. Richardson filed this Unopposed Motion, which reflects the extension agreement, before her time to respond to Defendant's Motion to Dismiss expired. The Court finds that the extension requested would not prejudice any of the parties involved in this action. Accordingly, as it is within the Court's discretion to grant an extension to time, the Court finds good cause to grant Richardson's request.

Accordingly, it is now

**ORDERED:**

Plaintiff, Regina Richardson's, Unopposed Motion to Enlarge Time to Respond to Motion to Dismiss (Doc. #15) is **GRANTED**.

Plaintiff, Regina Richardson, shall have up to and including **October 9, 2012**, to respond to Defendant's Motion to Dismiss.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of September, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

2